```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 49770
  NORA AIDE BARRERA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-3953
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/12/05 and confirmed on 01/06/06.

   2.  The case was dismissed after confirmation, 09/21/2007.

   3.  The Debtor paid a total of $   8514.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL | SECURED | 5640.00 | 449.08 | 5077.61 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH COMPLETE CARD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 515.81 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| GLASS COURT SWIM & FITNE | UNSECURED | NOT FILED | .00 | .00 |
| GULF COAST COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| GULF COAST COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 328.11 | .00 | .00 |
| NICOR GAS | UNSECURED | 499.59 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1600.09 | .00 | .00 |
| THE CASH STORE LOMBARD | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 945.12 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3260.04 | .00 | .00 |
| B LINE LLC | UNSECURED | 2512.42 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5640.00 | .00 | 9661.18 | .00 | 15301.18 |
| PRINCIPAL PAID | 5077.61 | .00 | .00 | .00 | 5077.61 |
| INTEREST PAID | 449.08 | .00 | .00 | .00 | 449.08 |

```
TOTAL PAID                5526.69            .00            .00          .00       5526.69
```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     287.31 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 05 B 49770 NORA AIDE BARRERA